UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

vs.

JOHN F. MARSHALL, Ph. D.
ALAN L. TUCKER, Ph. D., AND
MARK R. LARSON

        Defendants.

08 CV 2527 (Daniels)

---

## WAIVER OF THE SERVICE OF SUMMONS

To: Steve Kobre, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10922

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.
    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.
    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.
    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 27, 2008, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: March 27, 2008

*Carl A. Tibbetts* (signature)
Carl A. Tibbetts, Assistant Chief Litigation Counsel
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
TibbettsC@Sec.Gov
Phone 202-551-4483, Fax: 202-772-9245

*Celia A. Cohen* (signature)
Steven G. Kobre
Andrew C. Lourie
Celia A. Cohen
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022
(Phone) 212-488-1200
(Fax) 212-488-1220
Counsel for Mark Larson