Carl A. Tibbetts (CT 3248)
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F STREET, N.E.
WASHINGTON, D.C. 20549-4030
(202) 551-4483; fax: 202-772-9245, 9233
E Mail: TibbettsC@Sec.Gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br>        v.<br>JOHN F. MARSHALL, ALAN L. TUCKER,<br>MARK R. LARSON<br>        Defendants, | Civ. 08 CV 2527 |

## ORDER

**IT IS ORDERED** that the *Pro Hac Vice* Application of Carl A. Tibbetts,

Assistant Chief Litigation Counsel for the United States Securities and Exchange

Commission, Plaintiff in the above styled case, is hereby approved.

DATED: March     2008
       APR 2 5 2008

HON. GEORGE B. DANIELS
United States District Judge
for the Southern District of New York


Requested by:
S/ Carl A. Tibbetts
Carl A. Tibbetts (CT 3248)
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission