# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220

NEW YORK
WASHINGTON, DC
WWW.KOBREKIM.COM

1919 M STREET, NW
WASHINGTON, DC 20036
TEL 202.664.1900
FAX 202.664.1920



May 27, 2008

**BY FACSIMILE AND MAIL**

Hon. George B. Daniels
United States District Jud
Southern District of New York
500 Pearl Street
New York, NY 10005

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS
MAY 2 8 2008

Re: United States Securities and Exchange Commission v.
Marshall, Tucker and Larson     08 CV 2527

Dear Judge Daniels:

We represent Mark Larson in connection with the above-referenced matter. We write on behalf of all of the Defendants to respectfully request an extension of the Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint from May 27, 2008 to June 13, 2008. This is the Defendants' first request for an extension, and the Plaintiff has consented to this request.

Accordingly, we respectfully request that the time within which the Defendants may answer, move, or otherwise respond with respect to the Plaintiffs' Complaint be extended to June 13, 2008.

Respectfully submitted,

*Celia Cohen / RMO*

Steven G. Kobre
Andrew C. Lourie
Celia A. Cohen
212-488-1200

cc: Carl A. Tibbetts, Esq. (via facsimile)
Lawrence Iason, Esq. (via facsimile)
Robert J. Jossen, Esq. (via facsimile)

SO ORDERED:

_____
Hon. George B. Daniels