# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 30 2008

NEW YORK
WASHINGTON, DC

WWW.KOBREKIM.COM

1919 M STREET, NW
WASHINGTON, DC 20036
TEL 202.664.1900
FAX 202.664.1920

May 27, 2008

**BY FACSIMILE AND MAIL**

Hon. George B. Daniels
United States District Jud
Southern District of New York
500 Pearl Street
New York, NY 10005

    Re: **United States Securities and Exchange Commission v. Marshall, Tucker and Larson**

Dear Judge Daniels:   08 cv 2527

  We represent Mark Larson in connection with the above-referenced matter. We write on behalf of all of the Defendants to respectfully request an extension of the Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint from May 27, 2008 to June 13, 2008. This is the Defendants' first request for an extension, and the Plaintiff has consented to this request.

  Accordingly, we respectfully request that the time within which the Defendants may answer, move, or otherwise respond with respect to the Plaintiffs' Complaint be extended to June 13, 2008.

               Respectfully submitted,

               Celia Cohen / RMO

               Steven G. Kobre
               Andrew C. Lourie
               Celia A. Cohen
               212-488-1200

cc: Carl A. Tibbetts, Esq. (via facsimile)
   Lawrence Iason, Esq. (via facsimile)
   Robert J. Jossen, Esq. (via facsimile)

SO ORDERED: MAY 30 2008

*George B. Daniels*
**HON. GEORGE B. DANIELS**