```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
                                            :
SECURITIES AND EXCHANGE COMMISSION,         :  NOTICE OF APPEARANCE
                                            :  AND REQUEST FOR
                              Plaintiff,    :  ELECTRONIC NOTIFICATION
                                            :
         - v. -                             :  08 Civ. 2527 (GBD)
                                            :
JOHN F. MARSHALL, Ph. D.                    :
ALAN L. TUCKER, Ph. D., and                 :
MARK R. LARSON,                             :
                                            :
              Defendants.                   :
                                            :
-------------------------------------------x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by:  _____/s/_____
     Glen G. McGorty
     Assistant United States Attorney
     (212) 637-2505
     glen.mcgorty@usdoj.gov

TO: All Parties (By ECF)