UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

    -v-

JOHN F. MARSHALL, Ph. D., ALAN L. TUCKER,
Ph. D., and MARK R. LARSON,

        Defendants.
------------------------------------------------------------------x

ORDER

08 cv 02527 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 10 2008

GEORGE B. DANIELS, District Judge:

    The United States Attorney for the Southern District of New York's unopposed motion to intervene and to stay discovery in the above-captioned case pending completion of the parallel criminal case, <u>United States v. John Marshall, Alan Tucker, and Mark Larson</u>, 08 Mag. 549, is granted.

Dated: New York, New York
       June 10, 2008

                                  SO ORDERED:

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge